UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER HILL,

    Plaintiff,

v.                                  Case No. 8:11-cv-1130-T-30TBM

LIFE INSURANCE COMPANY OF NORTH
AMERICA, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court has been advised by Plaintiff's counsel William S. Coffman, Jr. that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on November 17, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cv-1130.dismissal.wpd